# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Matt Abraham London<br>Defendant. | Case Number CR 09-70517 HRL<br><br>ORDER - CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 50 — PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of __July 1st__ and the SAME DAY each month thereafter;

[ ] The first day of _____ and the FIRST DAY of each month thereafter;

[ ] MAIL TO:   Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

**FILED**
JUN 1 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____ ;

[ ] MAIL TO:   Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: _____

_Howard R. Lloyd_   U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72