1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   DEREK KO
6  Law Clerk

7     150 Almaden Blvd., Suite 900
      San Jose, California 95113
8     Telephone: (408) 535-5056
      FAX: (408) 535-5066
9     Susan.Knight@usdoj.gov

10 Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,        )   No. CR 09-00662 PVT
15                                  )
         Plaintiff,                 )   STIPULATION AND [PROPOSED]
16                                  )   ORDER EXCLUDING TIME UNDER
         v.                         )   THE SPEEDY TRIAL ACT
17                                  )
   MATT ABRAHAM LONDON,             )
18                                  )   SAN JOSE VENUE
         Defendant.                 )
19                                  )
                                    )
20 ─────────────────────────────────

21        On July 2, 2009, United States Attorney Law Clerk Derek Ko and Assistant Federal

22 Public Defender Nicholas Humy appeared for a status hearing in the above-referenced case. Mr.

23 Humy informed the Court that discovery had been provided, that the defense needed time for

24 effective preparation and investigation, and the parties requested that a further status hearing be

25 scheduled for August 6, 2009 at 11:00 a.m. The government also requested an exclusion of time

26 under the Speedy Trial Act from July 2, 2009 to August 6, 2009. The defendant, through Mr.

27 Humy, agreed to the exclusion. The parties agree and stipulate that an exclusion of time is

28 appropriate based effective preparation of defense counsel.

STIPULATION AND [PROPOSED] ORDER
CR 09-00662 PVT                                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | DATED: | _____/s/_____<br>SUSAN KNIGHT |
| 5 | | Assistant United States Attorney |
| 6 | | |
| 7 | DATED: | _____/s/_____<br>NICHOLAS HUMY |
| 8 | | Assistant Federal Public Defender |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 2, 2009 to August 6, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 7/27/09

PATRICIA V. TRUMBULL
United States Magistrate Judge