E-FILED

| | |
|---|---|
| 1  BARRY J. PORTMAN<br>    Federal Public Defender<br>2  NICHOLAS P. HUMY<br>    Assistant Federal Public Defender<br>3  160 West Santa Clara Street, Suite 575<br>    San Jose, CA 95113<br>4  Telephone: (408) 291-7753<br><br>5  Counsel for Defendant, LONDON | FILED<br><br>AUG 10 2009<br><br>CLERK<br>NORTHERN ... |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>MATT ABRAHAM LONDON,<br><br>  Defendant. | No. CR 09-00662-PVT<br><br>**STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |

Defendant Matt A. London, by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Jeffrey Schenk, hereby stipulate and agree to request that the Court continue the hearing currently set for Thursday, August 27, 2009 at 9:00 a.m. to Thursday, September 3, 2009 at 11:00 a.m. The continuance is necessary due to the unavailability of defendant, Matt A. London.

The parties further agree and stipulate that time should be excluded from and including Thursday, August 27, 2009, through and including Thursday, September 3, 2009, for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of

///

///

1  time will serve the interest of justice and outweigh the interest of the public and defendant in a
2  speedy trial.

3

4  Dated: 8/6/09                                           /s/
                                                    NICHOLAS P. HUMY
5                                                   Assistant Federal Public Defender

6  Dated: 8/7/09                                           /s/
                                                    JEFFREY SCHENK
7                                                   Assistant United States Attorney

8

9                                      **ORDER**
10

11     The parties have requested a continuance of the hearing set for Thursday, August 27,
12  2009, due to the unavailability of defendant, Matt A. London.
13     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the hearing date
14  presently set for Thursday, August 27, 2009, is continued to Thursday, September 3, 2009 at
15  11:00 a.m.
16     IT IS FURTHER ORDERED, that the time between August 27, 2009, through
17  September 3, 2009, shall be excluded for continuity of defense counsel, pursuant to Speedy Trial
18  Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).
19     IT IS SO ORDERED.

20
21  Dated: 8/10/09                                  /s/ Patricia V. Trumbull
                                                    PATRICIA V. TRUMBULL
22                                                  United States Magistrate Judge

23
24
25
26

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
CR 09-00662-PVT                            2